# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134795

In Re BROOKLYN MONAE MOON, Minor.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

STARR NAKITA MOON,
      Respondent-Appellant.

SC: 134795
COA: 276349
Wayne CC
Family Division: 06-449543-NA

_____/

      On order of the Court, the application for leave to appeal the August 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

Clerk

d0918